UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>)<br>RAUL BELLO ROJAS )<br>   a/k/a "Raul Bella Rojas" )<br>)                             | DOCKET NO. 3:25-CR-63-KDB<br><br>**BILL OF INDICTMENT**<br><br>Violations:<br>    21 USC § 841(a)<br>    18 USC § 924(c)<br>    18 USC § 922(g)<br>    8 USC § 1326 |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Possession with Intent to Distribute Cocaine)*

On or about February 28, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**RAUL BELLO ROJAS**
**a/k/a "Raul Bella Rojas"**

did knowingly and intentionally possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT TWO**
*(Possession of Firearm in Furtherance of a Drug Trafficking Crime)*

On or about February 28, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**RAUL BELLO ROJAS**
**a/k/a "Raul Bella Rojas"**

did knowingly possess one or more firearms in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Controlled Substance, a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count One of this Bill of Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE
*(Possession of Firearm by Illegal Alien)*

On or about February 28, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**RAUL BELLO ROJAS**
a/k/a "Raul Bella Rojas"

knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess one or more firearms, that is, an SCCY Industries, CPX-1 model, 9mm handgun and a Bryco Arms, 48 model, .380 caliber handgun, in and affecting commerce.

In violation of Title 18, United States Code, Section 922(g)(5).

## COUNT FOUR
*(Illegal Reentry)*

On or about February 28, 2025, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**RAUL BELLO ROJAS**
a/k/a "Raul Bella Rojas"

being an alien, while an order of exclusion, deportation or removal was outstanding, knowingly and unlawfully did and attempted to enter and was found in the United States without the express advance consent of the Attorney General or Homeland Security Secretary, and this occurred after he had been deported and removed from the United States and subsequent to a conviction for the commission of a felony.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. $64,489 in United States currency seized from RAUL BELLO ROJAS a/k/a/ "Raul Bella Rojas" during the execution of a search warrant on February 28, 2025, at the residence located at 2928 Emerald Meadow Lane in Charlotte, North Carolina.

b. An SCCY Industries, CPX-1 model, 9mm handgun; a Bryco Arms, 48 model, .380 caliber handgun; and any ammunition.

A TRUE BILL:

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

WILLIAM T. BOZIN
ASSISTANT UNITED STATES ATTORNEY

3