UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 3:25-cr-63 |
| v. ) | |
| ) | **FACTUAL BASIS** |
| RAUL BELLO ROJAS ) | |
| a/k/a "Raul Bella Rojas" ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. On February 28, 2025, in Mecklenburg County, the defendant, Raul Bello Rojas ("ROJAS"), knowingly and intentionally possessed with intent to distribute more than five kilograms of cocaine, a Schedule II controlled substance.

2. On the aforementioned date, officers from Homeland Security Investigations (HSI) and Charlotte-Mecklenburg Police Department (CMPD) executed a search warrant at ROJAS' residence located on Emerald Lane in Charlotte. Prior to the search, ROJAS departed his residence in a Toyota Camry and was stopped by officers and detained. ROJAS indicated the only person in the residence was his wife. A search of his residence was conducted and the following items were located by officers:

- A total of 34 bricks of cocaine, weighing approximately 33 kilograms, including:
  - 26 individual bricks of cocaine, located in the attic;

- - 8 bricks of cocaine, located in the closet of the master bedroom; one of the bricks in the master bedroom was broken into two halves.
- Approximately $64,489 in U.S. currency, located in the master bedroom;
- Two firearms, located in the master bedroom (one of the firearms was located in a bag with a half brick of cocaine), including:
  - An SCCY CPX-1 9mm handgun, located in the master bedroom nightstand;
  - A Bryco Arms .380 handgun, located in a bag with a brick of cocaine
- Drug paraphernalia, including digital scales, located in the master bedroom along with a drug ledger;
- A Mexican ID for ROJAS located in the master bedroom.

3. Prior to the search of ROJAS' residence in February 2025, investigators made three controlled purchases of cocaine from ROJAS using an undercover officer with the Cabarrus County Sheriff's Office (CCSO).

4. On December 30, 2024, ROJAS travelled from his residence in Charlotte to Cabarrus County where he sold the CCSO undercover officer one ounce of cocaine for $850.

5. On January 16, 2025, ROJAS again travelled from his residence in Charlotte to Cabarrus County where he sold the CCSO undercover officer three ounces of cocaine for $2,400.

6. On January 21, 2025, ROJAS again met with the CCSO undercover officer in Cabarrus County and sold the undercover officer one half kilogram of cocaine for $8,750.

7. On February 28, 2025, ROJAS was a previously deported alien, voluntarily present in the United States, within Mecklenburg County, without the express permission of the Attorney General or the Homeland Security Secretary.

8. ROJAS is a Mexican citizen. He was previously removed from the United States on multiple occasions. In 2015, he was convicted of Reentry of a Previously Removed Alien in violation of Title 8, Section 1326(a), in the State of Utah.

RUSS FERGUSON
UNITED STATES ATTORNEY

WILLIAM T. BOZIN
ASSISTANT UNITED STATES ATTORNEY

## Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____  DATED: 07/10/2025
Diane Price, Attorney for Defendant

3